UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TEA WORLDWIDE, INC.,

                         Plaintiff,                 25-cv-5737 (JGK)

            - against -                 ORDER

   JUNO PRODUCTS LLC, ET AL.,

                         Defendants.
_____

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

August 28, 2025.


SO ORDERED.

Dated:    New York, New York
          August 14, 2025


                              _/s/ John G. Koeltl_____
                                   John G. Koeltl
                         United States District Judge