UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEA WORLDWIDE, INC.,
                Plaintiff(s)

           25 civ 5737 (JGK)

    -against-

JUNO PRODUCTS LLC, et al,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, October 21, 2025, at 4:30pm, is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 15, 2025