UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

TEA WORLDWIDE, INC.,

                    Plaintiff,

          - against -

JUNO PRODUCTS LLC, ET AL.,

                    Defendants.
————————————————————————————————

                                        25-cv-5737 (JGK)

                                        ORDER

JOHN G. KOELTL, District Judge:

It having been reported to the Court that the parties have reached a settlement in this action, it is, on this 23th day of December, 2025, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 60 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

Any application to reopen must be filed within sixty (60) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same sixty-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:    New York, New York
December 23, 2025**

_____
**John G. Koeltl
United States District Judge**

2



**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
**www.ipcounselors.com**

December 19, 2025

**VIA ECF ONLY**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

   Re: *Tea Worldwide, Inc. v. JUNO Products LLC et al*, Civil Action No. 1:25-cv-
     05737-JGK
     Letter Motion Requesting Administrative Dismissal

Dear Judge Koeltl,

   Our firm represents Plaintiff Tea Worldwide, Inc. ("Plaintiff") in the above-captioned case. Plaintiff, along with Defendants SM Labs LLC and Juno Products LLC, respectfully request the administrative dismissal of the above-referenced case, without prejudice, with the option for either party to seek reinstatement within 60 days.

   There is good cause for the request set forth herein, given that the parties are working on finalizing a resolution of this matter, and the dismissal, without prejudice, will conserve the time and resources of the parties, as well as the Court.

   We thank the Court for its time and consideration.

          Respectfully submitted,

          **EPSTEIN DRANGEL LLP**

          BY: S/ *Kerry B. Brownlee*
          Kerry B. Brownlee
          kbrownlee@ipcounselors.com
          60 East 42nd Street, Suite 1250
          New York, NY 10165
          Telephone: (212) 292-5390
          Facsimile: (212) 292-5391
          *Attorneys for Plaintiff Tea Worldwide, Inc.*